UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Tammy R.,

          Plaintiff,

v.

Andrew Saul,
Commissioner of Social Security,

          Defendant.

Civil No. 19-cv-1974 (SRN/HB)

**ORDER ON REPORT
AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;

2. Plaintiff's Motion for Summary Judgment [Doc. No. 12] is **DENIED**; and

3. Defendant's Motion for Summary Judgment [Doc. No. 14] is **GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 13, 2020

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge